# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-10225
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 11, 2017

Lyle W. Cayce
Clerk

JOHN BLANTON,

      Plaintiff - Appellant

v.

J. T. CURTIS, Dallas Police Officer Individually; MATTHEW SMITH, Dallas Police Officer Individually; RICHARD MARTINEZ, Dallas Police Officer Individually; KELLY WHITE, Dallas Police Officer Individually; JOSE GUZMAN, Dallas Police Officer Individually; SEVERAL UNKNOWN DALLAS POLICE OFFICERS, Individually; VARIOUS UNKNOWN FEDERAL LAW ENFORCEMENT OFFICERS, Whose Identities and Agencies are Unknown; Individually,

      Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:14-CV-1030

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:*

---

   * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-10225

The judgment of the district court is affirmed for the reasons given by the judge's order dated October 27, 2016. The defendants have given evidence to justify the damage done to the house and warrant their legal defense in exercise of qualified immunity. The plaintiff argues that as non-movant, he should be favored by material conflicts of the evidence. However, there is no disputed issue of fact in this case. The judgment is correct.

AFFIRMED.